UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JUAN CARLOS GARCIA-ALEMAN, <br> A 074 260 335, <br><br> Petitioner, <br><br> v. <br><br> SECRETARY KRISTI NOEM, <br> Department of Homeland Security; <br> PAMELA BONDI, Attorney General of <br> the United States; MIGUEL VERGARA, <br> Field Office Director, ICE San Antonio; <br> TODD M. LYONS, Acting Director, ICE; <br> and WARDEN BOBBY THOMPSON, <br> South Texas Detention Complex Facility; <br><br> Respondents. | § § § § § § § § § § § § § § § § § § §    SA-25-CV-886-OLG (HJB) |

**ORDER FOR SERVICE
AND ANSWER/RESPONSE**

Before the Court is Petitioner Juan Carlos Garcia-Aleman's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Docket Entry 2) filed on July 22, 2025.  Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b).  (*See* Docket Entry 4.)

It is hereby **ORDERED** that the U.S. Clerk of Court must send a copy of the Petition for Writ of Habeas Corpus (Docket Entry 2) and a copy of this Order by U.S. Certified Mail Return Receipt Requested, to the Office of the United States Attorney on behalf of Federal Respondents (Secretary Noem, Attorney General Bondi, Field Office Director Vergara, and Acting ICE Director Lyons), and to Warden Bobby Thomspon ("Warden Thompson") at the following addresses:

**U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216**

**Warden Bobby Thompson**
**South Texas Detention Complex**
**566 Veteran Drive**
**Pearsall, Texas 78061**

Such deliveries will constitute sufficient service of process upon the Federal Respondents and Warden Thompson. It is **FURTHER ORDERED** that Respondents must file an Answer or Response to the Petition for Writ of Habeas Corpus (Docket Entry 2) within **seven (7) days** from date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, he may do so no later than **seven (7) days** after the Respondents file their answers/responses.

**SIGNED** on July 30, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge

2