UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JUAN CARLOS GARCIA-ALEMAN,  §
A 074 260 335,              §
                            §
          Petitioner,       §
                            §
v.                          §           SA-25-CV-886-OLG (HJB)
                            §
SECRETARY KRISTI NOEM,      §
Department of Homeland Security; §
PAMELA BONDI, Attorney General of §
the United States; MIGUEL VERGARA, §
Field Office Director, ICE San Antonio; §
TODD M. LYONS, Acting Director, ICE; §
and WARDEN BOBBY THOMPSON,  §
South Texas Detention Complex Facility; §
                            §
          Respondents.      §

**ORDER DIRECTING THE ISSUANCE OF
WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

This case is set for an Evidentiary Hearing on **October 17, 2025**, at **1:30 P.M.**, before the

Honorable Henry J. Bemporad in Courtroom D on the 2nd Floor of the United States Courthouse,

262 West Nueva Street, San Antonio, Texas, 78207.   (Docket Entry 11.)

The presence of Petitioner Juan Carlos Garcia-Aleman, A 074 260 335, who is currently

in the custody of Warden Bobby Thompson of the South Texas ICE Processing Center, is

necessary at the Evidentiary Hearing.

Accordingly, the Clerk is hereby **ORDERED** to:

(1)     once executed, enter the Writ attached to this Order into the court record;

(2)     provide copies by U.S. Certified Mail of the Corrected Order Setting In-Person
        Evidentiary Hearing (Docket Entry 11), this Order, and the writ to **Warden Bobby
        Thompson, South Texas ICE Processing Center, 566 Veterans Drive, Pearsall,
        Texas 78061**, and enter the returned certified mail receipt into record.

(3)     deliver courtesy copies of the Corrected Order Setting In-Person Evidentiary Hearing (Docket Entry 11), this Order, and the writ to the office of the U.S. Marshal, Western District of Texas, San Antonio Division;

It is **FURTHER ORDERED** that if Petitioner Garica-Aleman is moved from his present unit before the date of the Evidentiary Hearing, Warden Thompson must contact Court chambers immediately with his new location by email to wendy_branham@txwd.uscourts.gov.

**SIGNED** on August 18, 2025.

Henry J. Bemporad
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JUAN CARLOS GARCIA-ALEMAN,<br>A 074 260 335, | §<br>§<br>§ | |
| Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | SA-25-CV-886-OLG (HJB) |
| SECRETARY KRISTI NOEM,<br>Department of Homeland Security;<br>PAMELA BONDI, Attorney General of<br>the United States; MIGUEL VERGARA,<br>Field Office Director, ICE San Antonio;<br>TODD M. LYONS, Acting Director, ICE;<br>and WARDEN BOBBY THOMPSON,<br>South Texas Detention Complex Facility; | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Respondents. | §<br>§ | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**TO:    Warden Bobby Thompson**
**South Texas ICE Processing Center**
**566 Veterans Drive**
**Pearsall, Texas 78061**
**(830) 334-2939**

You are hereby **ORDERED** to deliver the body of Petitioner **Juan Carlos Garcia-Aleman, A 074 260 335**, a prisoner in your custody, for an Evidentiary Hearing in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207, on **October 17, 2025**, at **1:30 P.M.**

This writ shall be your or your representative's authority to enter the U.S. Courthouse premises. You or your representative must remain with Petitioner during the proceedings until termination of the hearing and you must coordinate any logistics with the U.S. Marshal, U.S. Marshal, Western District of Texas, San Antonio Division.

**SIGNED** on August 18, 2025.

_____

Henry J. Bemporad
United States Magistrate Judge

And the Seal of this Court hereto affixed this day of _____, 2025.
PHILLIP J. DEVLIN,
CLERK OF COURT

BY:    _____
       Deputy Clerk