UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
December 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| JUAN CARLOS GARCIA-ALEMAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BOBBY THOMPSON,<br>South Texas ICE Processing Center, *et al.*,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§   NO. SA-25-CV-00886-OLG<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed November 24, 2025, concerning Petitioner Juan Carlos Garcia-Aleman's Petition for Writ of Habeas Corpus. (*See* R&R, Dkt. No. 23.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). The parties, through counsel, were electronically served with a copy of the R&R on the date it was filed. Objections were thus due on or before December 8, 2025, and none have been filed. Accordingly, the Court has reviewed the R&R for clear errors and finds none. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.")

The Court therefore **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 23) and, for the reasons set forth therein, the Petition for Writ of Habeas Corpus (Dkt. No. 2) is **GRANTED IN PART**, and Respondents are **ORDERED** to release Petitioner under conditions substantially

similar to those contained in his prior OSUP. Petitioner's request for attorney's fees under the EAJA is **DENIED**.

All other pending motions are **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 9 day of December 2025.

_____
ORLANDO L. GARCIA
United States District Judge